UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES COLLITON AND CLAUDIA COLLITON,

Plaintiffs,

-against-

BLERIM GJIKOLLI.,

Defendant.

25 CIVIL 06670 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the February 18, 2026, order, Plaintiffs' complaint, filed in forma pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated: July 22, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge